FLM CONSTRUCTION COMPANY,
Appellant,

v.

The COUNTRY CLUB OF ST. ALBANS,
Missouri, et al., Respondents.

No. 64794.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 27, 1994.

Francis L. Macalady, Jr., pro se.

Brian E. McGovern, E. Megan Kinsella, McCarthy, Leonard, Kaemmerer, Owen, Laderman & Lamkin, Chesterfield, for respondents.

Before SIMON, P.J., and PUDLOWSKI and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant FLM Construction Company appeals from the granting of respondents' motion to dismiss its petition to enforce a mechanic's lien. The trial court found that appellant did not comply with the mechanic's lien statute, § 429.080, RSMo 1986, by failing to file a just and true account.

We find that the trial court's decision to grant the motion to dismiss was not erroneous, for appellant was not entitled to relief as a matter of law. As we also find that a full opinion would have no precedential value, we affirm the trial court pursuant to Rule 84.-16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

All concur.